# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147826

NELS OLSON,
      Plaintiff-Appellant,

v

CITY OF GROSSE POINTE PARK,
      Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147826
COA: 314662
Wayne CC: 12-014783-AW

On order of the Court, the application for leave to appeal the August 29, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



h0127

Clerk